IN THE SUPREME COURT OF NORTH CAROLINA

No. 230A15

Filed 18 December 2015

BRANCH BANKING AND TRUST COMPANY

v.

PEACOCK FARM, INC., RODOLPHE T. LYNCH, and WILLARD A. RHODES

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 772 S.E.2d 495 (2015), dismissing an interlocutory appeal from an order entered on 5 June 2012, as certified under Rule of Civil Procedure 54(b) by an order entered on 16 April 2014, both by Judge Anderson D. Cromer in Superior Court, Moore County. Heard in the Supreme Court on 17 November 2015.

*Howard, Stallings, From, Hutson, Atkins, Angell & Davis, P.A., by John N. Hutson, Jr. and Matthew M. Lawless, for plaintiff-appellee.*

*Van Camp, Meacham & Newman, PLLC, by William M. Van O'Linda, Jr., for defendant-appellant Rodolphe T. Lynch.*

PER CURIAM.

For the reasons stated in the majority opinion, the decision of the Court of Appeals is affirmed. We remand this case to the Court of Appeals for further remand to the trial court so that additional proceedings may be held not inconsistent with the opinion.

AFFIRMED AND REMANDED.